Marcus McCutcheon (SBN 281444)
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone:  714.754.6600
Facsimile:  714.754.6611
Email:  mmccutcheon@bakerlaw.com

Alexis Cruz (SBN 312842)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  acruz@bakerlaw.com

Attorneys for Defendant
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01201-FWS-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT (L.R. 7-1)**<br><br>Amended Complaint Filed:  July 22, 2024<br>Current Response Deadline:  October 4, 2024<br>New Response Deadline:  November 4, 2024<br>Action Filed:  June 4, 2024 |

Pursuant to Local Civil Rule 7-1, Plaintiff KEVIN GREGERSON, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their respective attorneys, stipulate to extend the time to respond to Plaintiff's Amended Class Action Complaint by 30 days ("Stipulation"), as follows:

1. On June 4, 2024, former plaintiff Saundra Sonnier filed the initial Class Action Complaint against Defendant in the United States District Court for the Central District ("Central District") (Dkt. No. 1);

2. On June 10, 2024, Defendant was served with a copy of the Summons and Class Action Complaint (*see* Dkt. No. 10);

3. On July 1, 2024, the Parties filed a stipulation wherein they agreed to extend the deadline to amend or respond to the complaint by 30 days to allow the Parties additional time to explore early resolution (Dkt. No. 11);

4. On July 22, 2024, Plaintiff filed the Amended Class Action Complaint ("Complaint"), which substituted Mr. Gregerson for Ms. Sonnier as the lead plaintiff (Dkt. No. 12);

5. On August 5, 2024, the Parties agreed to extend the responsive pleading deadline by 30 days to allow the Parties additional time to explore resolution, and filed a stipulation memorializing the same on August 7, 2024 (Dkt. No. 14);

6. On August 13, 2024, Kyle McDaniel filed a separate class action against Defendant in the Central District ("McDaniel Action");

7. Although Defendant had not yet been served with a copy of the McDaniel complaint and summons, counsel for Plaintiff, Defendant, and McDaniel engaged in discussions about potential coordination and global resolution;

8. On September 4, 2024, the Parties filed a stipulation wherein they agreed to extend the responsive pleading deadline in the instant action by 30 days to

1  give Plaintiff, Defendant, and McDaniel sufficient time to complete these
2  discussions (Dkt. No. 18);

3      9.   Since that time, and upon further investigation, Defendant believes it is
4  not a proper party to the McDaniel Action, and is meeting and conferring with
5  counsel for McDaniel about potential dismissal of that action;

6      10.  Additionally, Plaintiff and Defendant have continued settlement
7  discussions and agree that, for the sake of conserving the Court's and the Parties'
8  resources, they should exhaust their efforts to resolve the claims alleged in the
9  Complaint before moving forward with any pleading challenges and litigation;

10      11.  Based on the facts above and the Parties' agreement, it is hereby
11  stipulated, pursuant to Local Civil Rule 7-1, that the deadline to respond to the
12  Complaint is extended by 30 days, to and including November 4, 2024.

13  **IT IS SO STIPULATED.**

15  Dated: October 4, 2024

**STRAUSS BORRELLI PLLC**

By: */s/ Andrew G. Gunem*
      Andrew G. Gunem

Attorneys for Plaintiff
KEVIN GREGERSON and Proposed Class

Dated: October 4, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Alexis Cruz*
      Marcus McCutcheon
      Alexis Cruz

Attorneys for Defendant
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# **ATTESTATION**

I, Alexis Cruz, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: October 4, 2024       /s/ *Alexis Cruz*
                             Alexis Cruz