# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated, | Case No.: 8:24-cv-01201-FWS-ADS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | |
| Defendant. | Action Filed:   June 4, 2024 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# **[PROPOSED] ORDER**

The Court, having read and considered the Stipulation filed by Plaintiff KEVIN GREGERSON ("Plaintiff") and Defendant TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. ("Defendant") to Extend Time to Respond to Amended Complaint, and finding good cause therefor, HEREBY ORDERS THAT:

1. The Stipulation is GRANTED; and
2. Defendant's deadline to respond to the Amended Class Action Complaint is extended by 30 days, to and including November 4, 2024.

IT IS SO ORDERED.

Dated: _____

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES