# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01201-FWS-ADS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT DUE TO ONGOING SETTLEMENT DISCUSSIONS (L.R. 7-1)**<br><br>Action Filed:   June 4, 2024 |

## ORDER

The Court, having read and considered the Stipulation filed by Plaintiff KEVIN GREGERSON ("Plaintiff") and Defendant TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. ("Defendant") to Extend Time to Respond to Amended Complaint Due to Ongoing Settlement Discussions (L.R. 7-1), and finding good cause therefor, hereby Orders that:

1. The Stipulation is **GRANTED**; and
2. Defendant's deadline to respond to the Amended Class Action Complaint is extended by 45 days, to and including December 19, 2024.

**IT IS SO ORDERED.**

Dated: November 5, 2024

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE