1  Marcus McCutcheon (SBN 281444)
   **BAKER & HOSTETLER LLP**
2  600 Anton Boulevard, Suite 900
   Costa Mesa, CA 92626-7221
3  Telephone:  714.754.6600
   Facsimile:  714.754.6611
4  Email:  mmccutcheon@bakerlaw.com

5  Alexis Cruz (SBN 312842)
   **BAKER & HOSTETLER LLP**
6  1900 Avenue of the Stars, Suite 2700
   Los Angeles, CA 90067-4301
7  Telephone:  310.820.8800
   Facsimile:  310.820.8859
8  Email:  acruz@bakerlaw.com

9  Attorneys for Defendant
   TOSHIBA AMERICA BUSINESS
10 SOLUTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01201-FWS-ADS<br><br>**JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL**<br><br>Amended<br>Complaint Filed:  July 22, 2024<br><br>Action Filed:  June 4, 2024 |

JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES
PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff KEVIN GREGERSON, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. ("Defendant" and, together with Plaintiff, the "Parties") hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case on a class wide basis. The Parties are currently drafting the formal settlement agreement and motion for preliminary approval of the settlement, and anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within sixty (60) days.

In light of the foregoing, the Parties respectfully request that the Court vacate all pending filing deadlines other than to file a motion for preliminary approval of settlement, including, but not limited to, Defendant's deadline to answer, move, or otherwise respond to the Amended Class Action Complaint.

Dated:  December 19, 2024

**STRAUSS BORRELLI PLLC**

By:  */s/ Andrew G. Gunem*
  Andrew G. Gunem

Attorneys for Plaintiff
KEVIN GREGERSON and Proposed Class

Dated:  December 19, 2024

**BAKER & HOSTETLER LLP**

By:  */s/ Alexis Cruz*
  Marcus McCutcheon
  Alexis Cruz

Attorneys for Defendant
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2
JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL

# **ATTESTATION**

I, Alexis Cruz, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: December 19, 2024          /s/ *Alexis Cruz*
                                  Alexis Cruz

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3
JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL