UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 24-01201-FWS (ADSx) | Date | December 20, 2024 |
|---|---|---|---|
| Title | Kevin Gregerson v. Toshiba America Business Solutions, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER VACATING PENDING DEADLINES IN LIGHT OF CLASS WIDE SETTLEMENT**

On December 19, 2024, Defendant filed a Joint Notice of Class Action Settlement and Request to Vacate Deadlines Pending the Filing of a Motion for Preliminary Approval [28] regarding all defendants in this action.   In light of the settlement, all pending filing deadlines other than to file a motion for preliminary approval of settlement, including, but not limited to, Defendant's deadline to answer, move, or otherwise respond to the Amended Class Action Complaint hereby **VACATED**.   The Parties inform the Court that they are currently drafting the formal settlement agreement and motion for preliminary approval of the settlement and anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within sixty (60) days.

Plaintiff is ordered to file an appropriate motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by **February 18, 2025.**

_____   :   _____

Initials of Deputy Clerk    mku

cc: