**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.**,<br><br>Defendant. | Case No. 8:24-cv-01201-FWS-ADS<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINE FOR FILING OF A MOTION FOR PRELIMINARY APPROVAL [38]**<br><br>Amended Complaint Filed: July 22, 2024<br><br>Complaint Filed: June 4, 2024 |

///

///

///

Having read and considered the Stipulation to Extend Deadline for Filing of a Motion for Preliminary Approval [38] ("Stipulation"), filed By Plaintiff Kevin Gregerson, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Toshiba America Business Solutions, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The due date for Plaintiff to file a motion for preliminary approval of the Parties' settlement is **EXTENDED** to on or before **March 11, 2025**.

**IT IS SO ORDERED**.

Dated: March 4, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE