_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:24-cv-01201-FWS-ADS   Date: August 4, 2025
Title: Kevin Gregerson v. Toshiba America Business Solutions, Inc.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

In this putative class action, Plaintiff Kevin Gregerson ("Plaintiff") brings claims against Defendant Toshiba America Business Solutions, Inc. ("TABS" or "Defendant") arising out of a data breach. (Dkt. 12 ("FAC").) On April 17, 2025, the court granted Plaintiff's unopposed motion for preliminary approval of class action settlement and set a final approval hearing for Thursday, August 28, 2025, at 10:00 a.m. in Courtroom 10D. (Dkt. 43 ("Preliminary Approval Order").) Plaintiff's motion for final approval of class action settlement was therefore due by July 31, 2025. *See* C.D. Cal. L.R. 6-1 (requiring motions to be filed 28 days before the date set for hearing). Although Plaintiff has filed a motion for attorney fees (Dkt. 44), Plaintiff has not filed a motion for final approval of class action settlement. (*See generally* Dkt.) The court **ORDERS** Plaintiff to file a motion for final approval by **August 15, 2025**. The motion for final approval should address the issues identified in the Preliminary Approval Order, (*see, e.g.*, Preliminary Approval Order at 12, 17, 20), and should also incorporate final claims numbers, including a description of the amount class members will recover on average, and the final amount of settlement administration costs.