# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 24-01201-FWS (ADSx) | Date | August 28, 2025 |
| Title | Kevin Gregerson v. Toshiba America Business Solutions, Inc. | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Andrew Gerald Gunem | Marcus Shane McCutcheon |

**PROCEEDINGS:** FINAL APPROVAL HEARING [43]
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES, AND SERVICE AWARD [44]
PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [47]

    Motions hearing held. The Court hears oral argument from the parties. The Court takes the Motions under submission. Order to issue.

    Counsel shall submit any updated materials on or before 12 noon on September 2, 2025.

                                                                                       : 05

Initials of Deputy Clerk    rrp

cc: