**IN THE DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN GREGERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:24-cv-01201-FWS-ADS<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF DANA BOUB REGARDING CLAIM FORM PROCESSING**

1. My name is Dana Boub, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2. I am the Project Manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103, the independent third-party settlement administrator retained as Claims Administrator to handle various settlement administration activities in the above-referenced matter, including, but not limited to, mailing of settlement notification packages to Class Members, Claim Form collection and review, claimant correspondence, distribution.

3. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and

administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4. This declaration is submitted in supplement of the Declaration of Dana Boub on behalf of the Claims Administrator, RG/2 Claims Administration dated March August 13, 2025, to provide an update regarding the claims process.

5. As of the date of this Declaration, RG/2 Claims has 999 Claim Forms. Of the 999 Claim Forms submitted, 797 selected the *Pro Rata* Cash Payment (currently estimated to be approximately $201.74 per cash payment, subject to change based on the total claims filed), 471 selected the CA Subclass Payment for a total of $70,650, 11 selected Out of Pocket Expenses for a total of $55,036.82. A portion of the claims received are in the review process and these numbers do not reflect final approved claims.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 28, 2025 at Philadelphia, Pennsylvania.

*Dana Boub*
Dana Boub, Declarant